UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE SECTION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| VS. | ] | CRIM. CASE NO. 3:21-cr-00158 |
| | ] | JUDGE CAMPBELL |
| BRANDON MILLER | ] | |

## MOTION TO STRIKE MOTION FOR CHANGE OF PLEA HEARING

Comes the Defendant, through counsel, and moves the Court to strike the previously filed Motion for Change of Plea Hearing [DE 56]. As grounds, Defendant would show that:

After discussions with the U.S. Attorney's Office, recent developments in the case would make it inappropriate for entry of a plea at this time.

WHEREFORE, Defendant would strike previously file Motion for Change of Plea Hearing.

Respectfully Submitted,

s/ Dwight E. Scott
BOPR No. 016892
4024 Colorado Ave.
Nashville, TN 37209
615-292-6865
FAX 615-292-6865

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion has been provided to Asst. U.S. Attorney Joshua Kurtzman, Suite A-961, 110 Ninth Ave. South, Nashville, TN 37203,

via the court's electronic filing system on this the 11th day of August 2021. Other parties to the case may be served via other means.

s/ Dwight E. Scott